1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  AARON D. WEGNER  (CABN 243809)
   Assistant United States Attorney
5
       1301 Clay St., 3rd Floor
6      Oakland, California 94612
       Telephone:  (510) 637-3740
7      Fax: (510) 637-3724
       E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

10
                          UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                                   OAKLAND DIVISION
13

14 UNITED STATES OF AMERICA,        )    No. CR-13-00107 YGR
                                    )
15         Plaintiff,                )    STIPULATION AND  ORDER TO
                                    )    EXCLUDE TIME UNDER THE SPEEDY
16     v.                            )    TRIAL ACT AND SETTING STATUS
                                    )    CONFERENCE ON AUGUST 29, 2013
17 JONATHAN YEN,                    )
                                    )
18                                   )
           Defendant.                )
19                                   )
                                    )
20 _____  )

21

22     The parties are set for a status conference before the Court on July 11, 2013.  Defense

23 counsel is still completing her investigation into this criminal case and the parties are discussing

24 the possibility of resolving the case pursuant to a plea agreement.  Defense counsel is also

25 starting a jury trial on July 22 and a second jury trial on August 5.  The parties take note that the

26 Court is not available on August 1.  Therefore, in order to allow defense counsel additional time


Stip. Req.  to Exclude Time, No. CR-13-00107-YGR

1 to complete her investigation, and to allow the parties additional time to discuss resolving the
2 case, and to allow for continuity of counsel, the parties are jointly requesting that the Court
3 reschedule the status conference to August 29, 2013.  This is the first time the parties have
4 agreed to continue a status hearing in this case.  The parties also agree that time is properly
5 excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

6       With the agreement of the parties, and with the consent of the defendant, the Court enters
7 this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),
8 from July 11, 2013 to August 29, 2013.  The parties agree, and the Court finds and holds, as
9 follows:

10       1.  Defense counsel believes that the exclusion of time is in the best interest of her client.
11       2.  The defendant agrees to an exclusion of time under the Speedy Trial Act from
12 July 11, 2013 to August 29, 2013, based upon the need for effective preparation of counsel;
13 specifically, to provide defense counsel an opportunity to complete her investigation and for the
14 parties to finalize the details of a plea agreement.  The defendant agrees to this exclusion on the
15 condition that his right to bring a motion claiming Speedy Trial Act violations prior to July 11,
16 2013, shall remain preserved.
17       3.  Given these circumstances, the Court finds that the ends of justice served by
18 excluding the period from July 11, 2013 to August 29, 2013, outweigh the best interest of the
19 public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
20       4.  Accordingly, and with the consent of the defendant, the Court orders that the period
21 from July 11, 2013 to August 29, 2013, shall be excluded from Speedy Trial Act calculations
22 under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
23       5.  A status conference is set for August 29, 2013, at 2:00 p.m.
24 ///
25 ///
26 ///

Stip. Req. to Exclude Time, No. CR-13-00107-YGR    2

1  IT IS SO STIPULATED:

2

3  DATED: July 9, 2013                              /S/
                                        AARON D. WEGNER
4                                       Assistant United States Attorney

5

6  DATED: July 9, 2013                              /S/
                                        ELLEN LEONIDA
7                                       Counsel for Jonathan Yen

8

9  IT IS SO ORDERED.

10
    July   10 , 2013                     _____
11                                       YVONNE GONZALEZ ROGERS
                                         United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req.  to Exclude Time, No. CR-13-00107-YGR      3